# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL NATHANIEL BEASLEY, IV,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71707

**FILED**

FEB 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to set aside concurrent sentences of life. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Douglas W. Herndon, District Judge
Samuel Nathaniel Beasley, IV
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

17-06819